1  **RCO LEGAL, P.S.**                    Honorable Judge Trish M Brown
   13555 SE 36TH ST., SUITE 300            Chapter 7
2  BELLEVUE, WA 98006
   TELEPHONE    (425) 458-2121
3  FACSIMILE    (425) 458-2131

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re: | |
|---|---|
| David Anthony Riggle and Joslyn Megan Janapol,<br><br>Debtors. | Case No. 13-30013-tmb7<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8, ITS SUCCESSORS IN INTEREST, AGENTS, ASSIGNEES AND/OR ASSIGNORS, THROUGH ITS SERVICING AGENT GMAC MORTGAGE, LLC (SUCCESSOR BY MERGER TO GMAC MORTGAGE CORPORATION)'S OBJECTION TO MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE |

COMES NOW U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8, its successors in interest, agents, assignees and/or assignors, through its servicing agent GMAC Mortgage, LLC (successor by merger to GMAC Mortgage Corporation), ("Creditor"), and objects to the Trustee's Motion and Notice of Intent to Settle and Compromise.

### I.    BACKGROUND

On or about November 8, 2006, David A Riggle executed and delivered a note in favor of GreenPoint Mortgage Funding, Inc. in the original principal amount of $667,200.00.  This Note was secured by a Deed of Trust ('Deed') encumbering real property commonly described as 5032 21st Avenue NE, Seattle, WA 98105 ('Property').  Creditor is the holder of the note or services the note for the holder. The outstanding principal balance due on the Note as of filing was approximately $800,00.00. As of the same date the loan was contractually due for the February 2011 payment.

## II. AUTHORITY AND ARGUMENT

Creditor objects to the Trustee's Motion on the basis that the Trustee proposes to transfer title to the Property to Big Blue Capital, LLC for $15,000.00 but does not propose to pay the debt owing to Creditor in full. Pursuant to paragraph 18 of the Deed of Trust, Creditor has the right to payment in full of the debt secured by the Property upon sale or transfer of the Debtor's interest in the Property. The proposed sale by the Trustee has the effect of invoking the due on sale clause in the Deed of Trust. Creditor objects to the sale or transfer of the Property without payment in full of the debt owed to Creditor. Creditor also objects to transfer of Debtor's rights and claims as to the debt and liens on the Property. Big Blue Capital, LLC is not a party to the contract with Creditor and thus does not have privity of contract to pursue said claims. Furthermore, transfer of the Property may have the effect of waiver of said claims.

WHEREFORE, Creditor respectfully requests the Court deny the Trustee's Motion to Settle and Compromise.

DATED April 4, 2013.

        **RCO LEGAL, P.S.**
        ATTORNEYS AT LAW
        Attorneys for Creditor


        /s/ Jennifer L. Aspaas
        By: Jennifer L. Aspaas, OSB #032357

Objection to Trustee's Motion to Settle
and Compromise - Page - 2

RCO LEGAL, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

The Honorable Judge Trish M Brown

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re: | Chapter 7 Bankruptcy |
| David Anthony Riggle<br>Joslyn Megan Janapol, | No.: 13-30013-tmb7 |
| | CERTIFICATE OF MAILING |
| Debtors. | |

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the Objection to Motion to Settle and Compromise postage pre-paid, regular first class mail or via Electronic Message through Electronic Case Filing on the __4___ day of ___April_____, 2013, to the parties listed on the attached exhibit.

DATED this ___4_____ day of __April_____, 2013.

                                            ___/s/ Tony Chhay_____
                                            Assistant to Attorney

Certificate of Mailing
Page - 1

RCO LEGAL, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

| | |
|---|---|
| 1 | |
| 2 | David Anthony Riggle<br>3037 SE Caruthers Street |
| 3 | Portland, OR 97214 |
| 4 | |
| 5 | Joslyn Megan Janapol<br>3037 SE Caruthers Street<br>Portland, OR 97214 |
| 6 | |
| 7 | Alexzander C J Adams<br>14705 SW Millikan Way |
| 8 | Beaverton, OR 97006<br>alexz@acjalaw.com |
| 9 | |
| 10 | Chapter 7 Trustee<br>Kenneth S. Eiler |
| 11 | P.M. Box 810<br>Portland, OR 97229 |
| 12 | or10@ecfcbis.com |
| 13 | |
| ... | |
| 26 | |

Certificate of Mailing – Exhibit
Page - 2

**RCO LEGAL, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131