DISTRICT OF OREGON
**F I L E D**
May 10, 2013
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF' OREGON

| | |
|---|---|
| In re ) | Case No. **13-30013-tmb7** |
| ) | |
| **DAVID ANTHONY RIGGLE** ) | ORDER DENYING OBJECTION TO THE |
| **JOSLYN MEGAN JANAPOL** ) | TRUSTEE'S MOTION TO SETTLE AND |
| ) | COMPROMISE |
| Debtor(s). ) | |

This matter having come on for hearing on April 29, 2013 on the objection filed by U.S. Bank National Association [Dkt #28] to the Trustee's Motion to Settle and Compromise [Dkt #25], the Trustee appearing, Jennifer Aspaas appearing for U.S. Bank National Association, Jeff Long appearing for Big Blue Capital LLC, argument heard and good cause appearing, now therefore;

IT IS ORDERED that the Objection to the Trustee's Motion to Settle and Compromise filed herein at Docket #28 is denied.

###

Presented by: /s/ Kenneth S. Eiler

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

                                                             /s/ Kenneth S. Eiler
                                                             Kenneth S. Eiler

c: By ecf